```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 14103
   RONALD DANIELS
   RONA J DANIELS                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-4163     SSN XXX-XX-9215

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/06/2007 and was not confirmed.

     The case was dismissed without confirmation 12/11/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00          .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     3909.84          .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG         .00          .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00          .00            .00
ALLIED INTERSTATE INC     UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED          878.17          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1160.46          .00            .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED          .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED          .00            .00
CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED          .00            .00
NATIONAL QUICK CASH #457  UNSECURED       NOT FILED          .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED          .00            .00
PLAINS COMMERCE BANK      UNSECURED          471.67          .00            .00
MICHAEL HOARD             DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                         399.25

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              399.25

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                              399.25
                    ---------------    ---------------
TOTALS               399.25                399.25
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14103 RONALD DANIELS & RONA J DANIELS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |